Received and E-Filed for Record
8/24/2016 2:58:40 PM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

Cause No. 16-07-07846

| | | |
|---|---|---|
| JUAN RODRIGUEZ & <br> HACIENDA MIS PADRES MEXICAN <br> GRILL CORP. <br> *Plaintiff,* <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, <br> AN ILLINIOS CORPORATION D/B/A <br> EVANSTON INSURANCE COMPANY <br> F/K/A ESSEX INSURANCE <br> COMPANY <br> D/B/A ESSEX INSURANCE SERVICES <br> D/B/A ESSEX INSURANCE <br> SERVICES, INC. AND MARKEL <br> SERVICE, INCORPORATED, <br> *Defendants.* | § § § § § § § § § § § § § § § § § § | IN THE COUNTY COURT OF <br><br><br><br><br> MONTGOMERY COUNTY, TEXAS <br><br><br><br><br><br><br><br><br><br> COUNTY COURT AT LAW #2 |

## PLAINTIFFS' FIRST AMENDED PETITION AND REQUEST FOR DISCLOSURE

COMES NOW, Plaintiffs, JUAN RODRIGUEZ and HACIENDA MIS PADRES MEXICAN GRILL CORP., complaining of Defendants, EVANSTON INSURANCE COMPANY, AN ILLINIOIS CORPORATION D/B/A EVANSTON INSURANCE COMPANY F/K/A ESSEX INSURANCE COMPANY D/B/A, ESSEX INSURANCE SERVICES D/B/A, ESSEX INSURANCE SERVICES, INC., AND MARKEL SERVICE INCORPORATED and in support thereof would show the following:

### I. DISCOVERY

1. Plaintiffs intend to conduct discovery under Discovery Level 2. The amount in controversy in this case exceeds $100,000 excluding court costs, prejudgment interest and attorney's fees. Plaintiffs seek monetary relief exceeding $200,000 but not more than $1,000,000.

Plaintiff's First Amended Petition and Request for Disclosure
Hacienda v. Evanston f/k/a Essex
Page 1 of 6

**EXHIBIT C**

## II. PARTIES

2. Plaintiff, HACIENDA MIS PADRES MEXICAN GRILL CORP ("Hacienda"), is a Texas corporation doing business in Harris County, Texas.

3. Plaintiff, JUAN RODRIGUEZ, is an individual and owner of real property located at 5104 Highway 105 W., Conroe, Texas, the Property subject of this suit.

4. Defendant EVANSTON INSURANCE COMPANY, AN ILLINIOIS CORPORATION D/B/A EVANSTON INSURANCE COMPANY F/K/A ESSEX INSURANCE COMPANY D/B/A, ESSEX INSURANCE SERVICES D/B/A, ESSEX INSURANCE SERVICES, INC. ("Essex") is a foreign company doing business of insurance in the state of Texas. This Defendant may be served with process by serving its registered agent in the State of Texas whose name and address is as follows:

> Evanston Insurance Company, An Illinois Corporation d/b/a Evanston Insurance Company f/k/a Essex Insurance Company d/b/a, Essex Insurance Services d/b/a, Essex Insurance Services, Inc.
> Ten Parkway North
> Deerfield, Illinois 60015
> c/o the Commissioner of the Texas Department of insurance
> at 333 Guadalupe, Austin, Texas 78701.

5. Defendant MARKEL INCORPORATED services Evanston f/k/a Essex's obligation to pay costs of defense under its policies of liability insurance. Markel may be served with process at:

> Markel Service, Incorporated
> Ten Parkway North
> Deerfield, Illinois 60015
> c/o the Commissioner of the Texas Department of Insurance at
> 333 Guadalupe
> Austin, Texas 78701-3938

Plaintiff's First Amended Petition and Request for Disclosure
Hacienda v. Evanston f/k/a Essex
Page 2 of 6

**EXHIBIT C**

### III. VENUE & JURISDICTION

6. Venue for this suit for indemnification is proper in Montgomery County, Texas pursuant to Texas Civil Practice & Remedies Code section 15.002. A substantial part of the events or omissions that give rise to Plaintiffs' claims occurred in Montgomery County.

7. This Court has jurisdiction in this case because the amount in controversy is within the jurisdictional limits of this Court and the Defendant is doing business in the state of Texas.

### IV. FACTS

8. Essex issued a policy of Liability Insurance to 3J CONSTRUCTION LLC (3J Construction) to cover the work performed in Conroe for Plaintiffs. (**Exhibit A**).

9. Defendant's insured, 3J Construction, is a domestic limited liability company doing business in Houston, Harris County, Texas, and has a default judgment rendered against it in the underlying case (Juan Rodriquez & Hacienda Mis Padres Mexican Grill Corp v. Interlink Consortium Corp. d/b/a Link International Design and 3J Construction LLC)( the " underlying case" **Exhibit B**), in favor of your Plaintiff.

10. Defendant's insured, JOSE GARCIA, Individually and d/b/a JG CONSTRUCTION ("Garcia"), is an individual residing and doing business in Houston, Harris County, Texas and has a default judgment rendered against him in this case. (**Exhibit B**).

11. Plaintiff is the owner and developer of real property located at 5104 Highway 105 W., Conroe, Texas (the "Property"). On or about June 3, 2013, Plaintiff hired one of the Defendants in the underlying case, Link International Design ("Link"), as general contractor to renovate the Property for the total sum of $250,000. This amount included complete design and renovation of the restaurant as set forth in the plans and computer renderings provided by Defendant. As the project commenced, Link submitted additional

Plaintiff's First Amended Petition and Request for Disclosure
Hacienda v. Evanston f/k/a Essex
Page 3 of 6

**EXHIBIT C**

change orders, bringing the final contract price to $272,217. Pursuant to draw requests, Plaintiff has paid Link $276,925 to date.

12. Upon information and belief, Link hired one of the Defendants in the underlying case, 3J Construction and/or Jose Garcia d/b/a JG Construction ("3J") as the project manager and/or primary contractor performing and overseeing all phases of the project. Jose Garcia is the sole member of 3J Construction.

13. 3J's negligence and poor workmanship caused damage to the Property. 3J designed and constructed an addition to the patio of the restaurant but failed to design and install the proper drainage for the patio. This caused water to pool on the patio. Tile and stone installed by 3J fell from the walls and needed to be replaced. When the Plaintiff hired another contractor to complete and repair 3J's work, additional damage and poor workmanship was discovered.

14. Plaintiffs filed suit in the 129th District Court of Harris County, Texas against Defendant's insured, 3J Construction, LLC.

15. 3J Construction LLC and Jose Garcia were served with service on May 22, 2014. (**Exhibit D**).

16. A default judgment was rendered against 3J Construction LLC and Jose Garcia by the 129th District Court of Harris County, Texas.

17. That judgment was made final when Plaintiffs severed it from the rest of the lawsuit. (**Exhibit C**).

## V. DUTY TO INDEMNIFY

18. Plaintiff incorporates the facts contained in paragraphs 8 through 13 above.

Plaintiff's First Amended Petition and Request for Disclosure
Hacienda v. Evanston f/k/a Essex
Page 4 of 6

**EXHIBIT C**

19. Defendant has a duty to satisfy the judgment against its insured, 3J Construction, as 3J has a final judgment against it, and make payment directly to Plaintiff as the judgment holder (**Exhibit B & Exhibit C**).

20. The general rule in Texas is that injured parties can sue the tortfeasor's insurer directly once a final judgment is secured. See, e.g., *Angus Chemical Co. v. IMC Fertilizer, Inc.*, 939 S.W.2d 138 (Tex. 1997) (per curiam); *Great American Ins. Co. v. Murray*, 437 S.W.2d 264, 265 (Tex. 1969). See. also, *Aviles v. Aguirre*, 292 S.W.3d 648, 649 (Tex. 2009) (per curiam); *State Farm County Mut. Ins. Co. of Texas v. Ollis*, 768 S.W.2d 722, 723 (Tex. 1989) (per curiam).

## VI. REQUEST FOR DISCLOSURE

21. Under Texas Rule of Civil Procedure 194, Defendants is requested to disclose, within 50 days of service of this request, the information or material described in Rule 194.2(a) - (l).

## VII. PRAYER

22. WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court grant Plaintiffs a Judgment against Defendants for:

   a. Actual damages in the amount of at least $165,702.22 plus $10,000 in attorney's fees as determined by the default judgment;

   b. Pre and post judgment interest;

   c. Such other and further relief, both general and special, at law and in equity, to which Plaintiffs may show themselves to be justly entitled.

Plaintiff's First Amended Petition and Request for Disclosure
Hacienda v. Evanston f/k/a Essex
Page 5 of 6

**EXHIBIT C**

Respectfully Submitted,

THE CROMEENS LAW FIRM, PLLC


By: */s/ Christa Boyd*
**KARALYNN CROMEENS**
SBN: 24045726
**CHRISTA BOYD**
SBN: 24067523
8558 Katy Freeway, Suite 116
Houston, Texas 77024
713-715-7334
713-715-7335 FAX
Karalynn@thecromeenslawfirm.com
CBoyd@thecromeenslawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

Plaintiff's First Amended Petition and Request for Disclosure
Hacienda v. Evanston f/k/a Essex
Page 6 of 6

**EXHIBIT C**



EXHIBIT

Ex. A

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): [illegible]

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: [illegible]

PRODUCER: [illegible]
11303 BELLAIRE BLVD C20
HOUSTON, TX 77072

PHONE: 281-933-3589 FAX: 1 800 [illegible]
E-MAIL ADDRESS: [illegible].COM

INSURER(S) AFFORDING COVERAGE

INSURER A: ESSEX INSURANCE COMPANY

INSURED: 3 J CONSTRUCTION? LLC
9207 ROCKY VALLEY
HOUSTON, TX 77083

COVERAGES CERTIFICATE NUMBER: [illegible] REVISION NUMBER: [illegible]

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFF | POLICY EXP | LIMITS | |
|---|---|---|---|---|---|---|
| A | ☑ COMMERCIAL GENERAL LIABILITY; ☐ CLAIMS-MADE ☑ OCCUR | [illegible]0934 | 0[illegible]/2013 | [illegible]/2014 | EACH OCCURRENCE | $ 1,000,000.00 |
| | | | | | DAMAGE TO RENTED PREMISES | $ 100,000.00? |
| | | | | | MED EXP (Any one person) | $ [illegible] |
| | | | | | PERSONAL & ADV INJURY | $ 1,000,000.00 |
| | | | | | GENERAL AGGREGATE | $ 2,000,000.00 |
| | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000.00 |
| | AUTOMOBILE LIABILITY | | | | | |
| | UMBRELLA LIAB / EXCESS LIAB | | | | | |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES [illegible]

CERTIFICATE HOLDER

LA HACIENDA
0104 W DAVIS
CONROE, TX 77301?

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)

The ACORD name and logo are registered marks of ACORD

EXHIBIT C



8/17/2015 4:35:21 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6530007
By: JONATHAN PATTON
Filed: 8/17/2015 4:35:21 PM

p.1
5a
ATREX

Cause No. 2013-71534

| | | |
|---|---|---|
| JUAN RODRIGUEZ & <br> HACIENDA MIS PADRES MEXICAN <br> GRILL CORP. <br> Plaintiff <br><br> v. <br><br> INTERLINK CONSORTIUM CORP. <br> d/b/a LINK INTERNATIONAL <br> DESIGN, 3J CONSTRUCTION LLC, <br> And JOSE GARCIA <br> Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT <br><br><br><br> HARRIS COUNTY, TEXAS <br><br><br><br><br><br> 129th JUDICIAL DISTRICT |

INTERLOCUTORY
DEFAULT JUDGMENT

At the hearing of this cause, Plaintiffs JUAN RODRIGUEZ & HACIENDA MIS PADRES MEXICAN GRILL CORP appeared through their Attorney of Record. Defendants, 3J CONSTRUCTION LLC, and JOSE GARCIA, Individually and d/b/a JG Construction, having been duly, legally, and regularly cited and served with process, said Citation with officers return thereon having been on file with the Clerk of this Court for more than ten (10) days exclusive of the date of filing and of this date of signing, failed to appear and wholly made default.

The Court has considered the pleadings, official records on file in this cause, and the evidence and is of the opinion that Judgment should be rendered for Plaintiffs.

1. THE COURT ORDERS that Plaintiffs JUAN RODRIGUEZ & HACIENDA MIS PADRES MEXICAN GRILL CORP recover from Defendants 3J CONSTRUCTION LLC, and JOSE GARCIA, Individually and d/b/a JG Construction, jointly and severally, the sum of $165,702.22, prejudgment interest on that sum at the annual rate of 5% from the date the lawsuit was filed, post judgment interest on the total sum at the annual rate of 5%, court costs, and attorney fees in the amount of $25,949.71 $10,000 for the prosecution of this case.

2. Additionally, Plaintiff is awarded the conditional amount of $10,000.00 should Plaintiff prevail in any appeal to the Court of Appeals; an additional $10,000.00 should a Motion for Rehearing or a Petition for Review to be filed in the Texas Supreme Court; and an additional $10,000.00 should the Texas Supreme Court grant any such Petition for Review.

SIGNED on the 6 of October, 2015.

PRESIDING JUDGE

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**EXHIBIT C**



EXHIBIT
Ex. C

3/15/2016 11:16:... ~%
Chris Daniel - District Clerk Harris [...]
Envelope No. 9)...
By: JONATHAN P...
Filed: 3/15/2016 11:16:...
Pgs-1

Cause No. 2013-71534

| | | |
|---|---|---|
| JUAN RODRIGUEZ & HACIENDA MIS PADRES MEXICAN GRILL CORP.<br>Plaintiff | § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br>HARRIS COUNTY, TEXAS<br><br>129th JUDICIAL DISTRICT |
| v. | | |
| INTERLINK CONSORTIUM CORP. d/b/a LINK INTERNATIONAL DESIGN and 3J CONSTRUCTION LLC<br>Defendant | | |

4B
2013-71534-...
5

## ORDER ON PLAINTIFFS' MOTION TO SEVER

On this date was set for submission Plaintiffs' Motion to Sever Plaintiffs' Claims against 3J Construction LLC, thereby allowing the interlocutory default judgment against 3J Construction to become final.

The Court, after considering the motion, and any responses, finds that the Plaintiffs' Motion should be granted. It is thereby ORDERED that the Clerk will docket the severed cause under the new docket number, 2013-71534-A, and transfer to that cause number certified copies of the following: Plaintiffs' Second Amended Petition; Plaintiffs' Motion for Default and this Court's order granting an interlocutory default judgment. Plaintiffs shall bear the costs.

It is therefore ordered that Plaintiffs' Motion is GRANTED, and ORDERED as stated above.

Dated _____.

Signed: *Michael Ramy*
5/10/2016

Judge Presiding

**EXHIBIT C**



**THE STATE OF TEXAS**
**CAUSE NO. 2013-71534**

HACIENDA MIS PADRES MEXICAN GRILL CORP.  IN THE 129TH JUDICIAL
VS.  DISTRICT COURT OF
INTERLINK CONSORTIUM CORP.  HARRIS COUNTY, TEXAS

### AFFIDAVIT

Before me, the undersigned authority, personally appeared JACK ADDISON, JR who swore under oath that the following facts are true and correct:

"My name is Jack Addison, JR. My date of birth is August 14, 1973. I am an authorized private process server in matters pending in the STATE OF TEXAS. IDENTIFICATION NO. SCH 0000001354. Expiration Date 7/31/17.

I am an employee of Action Process.
My business address is P. O. Box 132042, Houston, Texas 77219. (mailing address)
My physical address is 26450 4th Terrace, Splendora, Texas 77372
My business phone is 281 399-1621.

I am not a party to this case, nor am I related to, employed by or otherwise connected to (other than having been retained to serve process in this case) any party or any party's attorney in this case, and I have no interest in the outcome of this lawsuit.
I am over the age of 18 years. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude.

I received the above styled CITATION CORPORATE on MAY 22, 2014 at 11:17 am

I delivered a copy of the above styled CITATION CORPORATE with PLAINTIFF'S 1ST AMENDED PETITION, REQUEST FOR DISCLOSURE and EXHIBIT A-B attached to:

3 J CONSTRUCTION LLC through registered agent-JOSE GARCIA at 9207 ROCKY VALLEY, HOUSTON, TEXAS 77083 by POSTING a copy at the above address on 8-28-14 @ 11:50 am. according to the ORDER AUTHORIZING SUBSTITUTED SERVICE.

A copy was also mailed by certified mail # 70092250000198916685 on AUGUST 28, 2014. It was not delivered. Print off from Postal Service stated No Authorized Recipient Available. The green card has not been returned.

A copy was sent by regular mail on August 28, 2014. It was not returned.

Jack Addison, JR

BEFORE ME, a notary public, on this day personally appeared, JACK ADDISON who is personally known to me to be the person whose name is subscribed to the forgoing document and being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office on this ____ day of October _____ 2014.

Notary Public in and for the State of Texas



**EXHIBIT C**



RECEIPT NUMBER _____ 0.00
TRACKING NO. 72017439    CIT

CAUSE NUMBER 201377534

| PLAINTIFF: MACEDONIA HIS GARDEN MEXICAN GRILL CORP | In The 129th Judicial District Court of Harris County, Texas |
|---|---|
| vs. | |
| DEFENDANT: INTERCITY CONSTRUCTION CORP (d/b/a LUSH INTERNATIONAL) | |

**CITATION CORPORATE**

THE STATE OF TEXAS
County of Harris

TO: 3J CONSTRUCTION LLC (3J CONSTRUCTION) BY SERVING ITS REGISTERED AGENT
JOSE GARCIA
OR WHEREVER HE MAY BE FOUND

9307 ROCKY VALLEY   HOUSTON TX 77083

Attached is a copy of _PLAINTIFF'S FIRST AMENDED PETITION AND REQUEST FOR DISCLOSURES_

This instrument was filed on the __11th__ day of __May__, 20__16__, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __14th__ day of ___May___, 20__16__.

Issued at request of:
CRONKRIGHT, KARAMAN :SUNDACE ZAO
1612 3RITTMOORE ROAD
HOUSTON, TX 77043
Tel. (713) 921-7234
Bar Number: 24045726

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: HILL, MARCELLA DIANA   C00//7503415J

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the __22nd__ day of __May__, 20__14__, at __8:22__ o'clock __A__.M.. endorsed the date of delivery thereon, and executed it at __9267 Rocky Valley__, __Houston__, __77083__ in __Harris__ County, Texas on the __28__ day of __AUGUST__, 20__14__, at __10:50__ o'clock __A__.M., by delivering to __3J Construction LLC__, by delivering to its (Posted on Door According to Order) registered agent, in person, whose name is __Jose Garcia__ a true copy of this citation, with a copy of the __Plaintiffs 1st Amended__ Petition attached, and with accompanying copies of __Request for Disclosure + Exh. A+B__.

I certify that the facts stated in this return are true by my signature below on the ___ day of _____, 20___.

FEE: $ ___

By: _____
Printed Name: _____
As Deputy For: _____

Affiant Other Than Officer

On this day, __Jack Anderson Jr__, known to me to be the the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this ___ day of _____, 20___.

_____
Notary Public

**EXHIBIT C**