UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Juan Rodriguez and** | § | |
| **Hacienda Mis Padres Mexican** | § | |
| **Grill Corp.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | No. 4:16-cv-03032 |
| **Evanston Insurance Company,** | § | |
| **An Illinois Corporation, d/b/a** | § | |
| **Evanston Insurance Company f/k/a** | § | |
| **Essex Insurance Company d/b/a** | § | |
| **Essex Insurance Services d/b/a** | § | |
| **Essex Insurance Services, Inc., and** | § | |
| **Markel Service, Incorporated** | § | |
| | § | |
| **Defendants** | § | |

**Plaintiffs' and Defendants' Joint Stipulation of Dismissal with Prejudice**

Plaintiffs' and Defendants' file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2). Plaintiffs Juan Rodriguez and Hacienda Mis Padres Mexican Grill Corp. filed their lawsuit in the State Court of Montgomery County, Texas, County Court at Law No. 2 ("State Court Action"). Defendants filed an Answer in the State Court Action on October 3, 2016. Defendants' filed a Notice of Removal (Docket No. 1) on October 12, 2016. Plaintiffs and Defendants hereby agree and stipulate to the dismissal of Plaintiffs' claims against Defendants with prejudice to refiling. Under Rule 41(a)(1)(A)(2), Plaintiffs' claims are dismissed upon the

filing of this Joint Stipulation of Dismissal with Prejudice because it is signed by all parties to the lawsuit.

        Respectfully submitted,

        THE CROMEENS LAW FIRM, PLLC

        By: /s/ Rhonda L. Allen
            Rhonda L. Allen
            Southern District Bar No. 578091
            rallen@thecromeenslawfirm.com
            8558 Katy Freeway, Suite 116
            Houston, Texas 77024
            (713)715-7334 – Phone
            (713)715-7335 – Fax

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS JUAN RODRIGUEZ AND HACIENDA MIS PADRES MEXICAN GRILL CORP.**

WARE, JACKSON, LEE, O'NEILL,
    SMITH & BARROW, L.L.P.

By: /s/ Margaret E. Bryant
    Margaret E. Bryant
    State Bar No. 24073972
    Southern District Bar No. 1402914
    margaretbryant@warejackson.com
    America Tower, 39th Floor
    2929 Allen Parkway
    Houston, Texas 77019-7100
    (713)659-6400 – Phone
    (713)659-6262 – Fax

**ATTORNEY-IN-CHARGE FOR DEFENDANTS EVANSTON INSURANCE COMPANY and MARKEL SERVICE INCORPORATED**

**Of Counsel:**

Timothy F. Lee
State Bar No. 12139500
Southern District Bar No. 7867
timlee@warejackson.com
Ware, Jackson, Lee, O'Neill, Smith & Barrow, LLP
America Tower, 39th Floor
2929 Allen Parkway
Houston, Texas 77019-7100
(713)659-6400 – Phone
(713)659-6262 – Fax

**Attorney for Defendants**
**Evanston Insurance Company and**
**Markel Service Incorporated**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2016, a true and correct copy of the foregoing document was served on counsel for Defendants pursuant to the Federal Rules of Civil Procedure, as follows:

Margaret E. Bryant
margaretbryant@warejackson.com
Timothy F. Lee
timlee@warejackson.com
Ware, Jackson, Lee, O'Neill, Smith & Barrow, LLP
America Tower, 39th Floor
2929 Allen Parkway
Houston, Texas 77019-7100
(713)659-6400 – Phone
(713)659-6262 – Fax

By: /s/ Rhonda L. Allen