United States District Court
Southern District of Texas
**ENTERED**
November 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Juan Rodriguez and § <br> Hacienda Mis Padres Mexican § <br> Grill Corp. § <br> § <br> **Plaintiff** § <br> § <br> v. § <br> § <br> Evanston Insurance Company, § <br> An Illinois Corporation, d/b/a § <br> Evanston Insurance Company f/k/a § <br> Essex Insurance Company d/b/a § <br> Essex Insurance Services d/b/a § <br> Essex Insurance Services, Inc., and § <br> Markel Service, Incorporated § <br> § <br> **Defendants** § | No. 4:16-cv-03032 |

### Order of Dismissal with Prejudice

Considering the Plaintiffs' and Defendants' Joint Stipulation of Dismissal with Prejudice (Doc. 4) filed in this matter,

IT IS HEREBY ORDERED that this matter is Dismissed with Prejudice as to its refiling.

SIGNED in Houston, Texas, this 21st day of November, 2016.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE